S PK1220/J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
                                                         :
ELLIOT L. BIER,                                          :
                                                         :
                         Plaintiff,                      :    Case No. 07 cv 7235 (JES)
                                                         :
           -against-                                     :
                                                         :    **STIPULATION**
GRAND TOYS INTERNATIONAL                                 :
LIMITED,                                                 :
                                                         :
                         Defendant.                      :
                                                         :
---------------------------------------------------------x

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: / DATE FILED: 10/19/07]

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the parties herein as follows:

   1.   the time of defendant Grand Toys International Limited ("Grand") to respond to the Complaint herein shall be adjourned to November 15, 2007; and,

   2.   Grand acknowledges receipt of the Summons and Complaint in this action, and waives any and all objections to service with judicial process under Rule 4, including any objections based on any alleged defect in the summons or in the manner of service of the summons. Grand expressly retains all other defenses or objections to the lawsuit, including without limitation any objections to the personal or subject matter jurisdiction of the court.

Dated:   New York, New York
         September 24, 2007

                                            TRACHTENBERG RODES & FRIEDBERG LLP

                                            By: _____
                                                    Barry J. Friedberg

                                            545 Fifth Avenue
                                            New York, New York 10017
                                            (212) 972-2929

                                            *Attorneys for Plaintiff Elliot Bier*

625931_1

CONNELL FOLEY LLP

By: _____
       John K. Bennett

85 Livingston Avenue
Roseland, New Jersey 07068-3702
(973) 535-0500

*Attorneys for Defendant Grand Toys International Limited*

10/17/07

SO ORDERED:
*[signature]*
for John E. Sprizzo
U.S.D.J.

625931_1