Connell Foley LLP
888 Seventh Avenue
New York, New York  10106
(212) 262-2390
Attorneys for Defendant,
Grand Toys International Limited

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELLIOT L. BIER,<br><br>Plaintiff,<br><br>-against-<br><br>GRAND TOYS INTERNATIONAL LIMITED,<br><br>Defendant. | Hon. John G. Koeltl, U.S.D.J.<br><br>Case No. 07-cv-7235 (JGK)<br><br>Civil Action<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Grand Toys International Limited hereby discloses that it is not a wholly owned subsidiary of any entity. Further upon information and belief, no other publicly held corporation owns 10% or more of its stock.

                          CONNELL FOLEY LLP
                          Attorneys for Defendant,
                          United States Fidelity and Guaranty Company

                          By:  _s/ John K. Bennett_____
                                JOHN K. BENNETT

                          By:  _s/ Patrick J. Hughes_____
                                PATRICK J. HUGHES

Dated:  November 15, 2007

1891685-01