USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/06/08_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                          :
ELLIOT L. BIER,                           :
                                          :
                    Plaintiff,            :        Case No. 07 cv 7235 (JGK)
                                          :
            -against-                     :
                                          :
GRAND TOYS INTERNATIONAL                  :        **JOINT CASE MANAGEMENT ORDER**
LIMITED,                                  :
                                          :
                    Defendant.            :
                                          :
-------------------------------------------------------x

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, after meeting on

January 17, 2008, the parties, by their undersigned counsel, have agreed upon the following

proposed Joint Case Management Plan:

      1.     **Preservation of Evidence**.  All parties shall preserve any and all

documents or other materials that are or may be relevant to any claim or defense in this matter,

including without limitation all e-mails, other electronic documents and related back-up or

storage systems.

      2.     **Initial Mandatory Disclosures**.  Defendant shall provide its Rule 26(a)(1)

initial mandatory disclosures by February 8, 2008.

      3.     **Document Demands and Interrogatories**.  All parties shall serve any

document demands and/or interrogatories by no later than ~~February~~ March 14 15, 2008.

      4.     **Joinder/Amendments**.  Joinder of any new parties and/or amendments of

any pleadings shall be completed so that they may be responded to by ~~March 14~~ April 18, 2008.

      5.     **Depositions**.  Depositions of all parties and non-parties shall be completed

by ~~May 30~~ June 27, 2008.  If overseas discovery is required, counsel will make a joint request for

additional time accordingly.

1910178-01

6. **Other Fact Discovery.** All other fact discovery must be completed by

*Jan. 27, 2008*

~~May 30, 2008~~, subject to the same qualification found in Paragraph 5.

7. **Expert Discovery.** Expert discovery, if any, shall be completed by ~~June~~

*July 25, 2008* ~

~~30, 2008.~~

8. **Dispositive Motions.** Any dispositive motions shall be initiated by no

*August 29, 2008*

later than ~~July 30, 2008.~~

9. **Final Pretrial Conference.** A final pre-trial conference will be held on

_____, 2008.

10. **Joint Pretrial Order.** The parties shall submit a Joint Pretrial Order

*By 9/26/08.*

~~within 30 days of the Final Pretrial Order.~~

Dated: New York, New York/Roseland, New Jersey
     January 22, 2008

Barry J. Friedberg (BF-7337)
**TRACHTENBERG, RODES
& FRIEDBERG LLP**
545 Fifth Avenue
New York, NY 10017
(212) 972-2929
*Attorneys for Plaintiff*
*Elliot L. Bier*

John K. Bennett (JB-0527)

Patrick J. Hughes (PH-0488)
**CONNELL FOLEY LLP**
85 Livingston Avenue
Roseland, NJ 07068
(973) 535-0500
*Attorneys for Defendant*
*Grand Toys International Limited*

SO-ORDERED

_____
U.S.D.J.

*The Case is referred to the Magistrate
Judge for purposes of settlement.
So ordered*

*2/5/08    U.S.D.J.*

1910178-01