UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------ X

ELLIOT L. BIER,                          :

                          Plaintiff,     :

        - against –                      :

GRAND TOYS INTERNATIONAL LIMITED,        :

                          Defendant.     :
------------------------------------------------------ X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/06/08

07 Civ. 7235 ( JGK )( GWG )

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

JOHN G. KOELTL, District Judge:

        The above entitled action is referred to the designated Magistrate Judge for the following

purpose(s):

____   General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

____   Specific Non-Dispositive Motion/Dispute:*

        _____

        _____

        If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ _____

  X    Settlement*

____   Inquest After Default/Damages Hearing

____   Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

____   Consent under 28 U.S.C.§ 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

        Purpose: _____

____   Habeas Corpus

____   Social Security

____   Dispositive Motion (i.e., motion requiring a Report and Recommendation)

        Particular Motion: _____

        _____

        All such motions: ____

SO ORDERED.

DATED:      New York, New York
            February 5, 2008

                                    _____
                                    John G. Koeltl
                                    United States District Judge

* Do not check if already referred for general pretrial.