USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/06/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELLIOT L. BIER,

                Plaintiff,

    - against -

GRAND TOYS INTERNATIONAL LIMITED,

                Defendant.

---

07 Civ. 7235 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties should submit a letter to the Court addressing subject matter jurisdiction by **February 11, 2008**.

SO ORDERED.

Dated:    New York, New York
           February 5, 2008

                                        John G. Koeltl
                                  United States District Judge