UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELLIOT L. BIER,<br><br>        Plaintiff,<br><br>-against-<br><br>GRAND TOYS INTERNATIONAL LIMITED,<br><br>        Defendant. | Hon. John G. Koeltl, U.S.D.J.<br><br>Case No. 07-cv-7235 (JGK)<br><br>**APPEARANCE** |

To the Clerk of this court and all parties of record:

Kindly enter my appearance on behalf of Defendant, Grand Toys International Limited, in addition to Patrick J. Hughes, Esq. and John K. Bennett, Esq.

I certify that I am admitted to practice in the United States District Court for the Southern District of New York.

Date: February 8, 2008

                                          /s *Michael D. Ridenour*
                                          Michael D. Ridenour, Esq. (MR-2580)
                                          CONNELL FOLEY LLP
                                          85 Livingston Avenue
                                          Roseland, New Jersey 07068
                                          (973) 535-0500 (Telephone)
                                          (973) 535-9217 (Facsimile)

                                                      -and-

                                          888 Seventh Avenue
                                          New York, New York 10106
                                          (212) 262-2390 (Telephone)
                                          (212) 262-3118 (Facsimile)