USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/08

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ELLIOT L. BIER,

                Plaintiff,                              07 CIVIL 7235 (JGK)

    -against-                                    **JUDGMENT**

GRAND TOYS INTERNATIONAL LIMITED,
                Defendant.
------------------------------------------------------------X

       Whereas the above-captioned action having come before this Court, and the matter having come before the Honorable John G. Koeltl, United States District Judge, and the Court, on February 13, 2008, having rendered its Memo Endorsed Order directing the Clerk of the Court to enter judgment dismissing the action without prejudice and to close the case, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed Order dated February 13, 2008, judgment is entered dismissing the action without prejudice; accordingly, the case is closed.

**Dated:** New York, New York
         February 14, 2008

                                                      **J. MICHAEL McMAHON**
                                                      **Clerk of Court**
                              **BY:** _____
                                                        **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____